**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Priscilla Ann AUCLAIR, Defendant-
Appellant.**

**No. 24109.**

United States Court of Appeals
Ninth Circuit.

Dec. 19, 1969.

Douglas R. Reynolds (argued), San
Diego, Cal., for appellant.

Phillip W. Johnson (argued), Asst.
U. S. Atty., Edwin L. Miller, U. S. Atty.,
San Diego, Cal., for appellee.

Before MERRILL and ELY, Circuit
Judges, and BYRNE, District Judge.*

PER CURIAM:

Appellant was arrested while crossing
the border at San Ysidro, California, and
was charged under 21 U.S.C. § 176a on
two counts with smuggling, transport-
ing and concealing marihuana. She was
further charged with smuggling mer-
chandise (one "Ambar" pep pill) under
18 U.S.C. § 545. Following a jury trial
she was convicted on all counts. On ap-
peal she challenges the sufficiency of
the evidence to convict her on the mari-
huana counts and the admissibility of
certain statements made by her code-
fendant.

■ Appellant and her two children
were passengers in a car driven by a
codefendant. The marihuana was con-
cealed in the car. The trial presented
a question of credibility. Her contention
is that she did not know of the presence
of the marihuana. However, there was
evidence from which the jury, crediting
the testimony of Government witnesses,
could have found that appellant had, for
compensation, agreed to provide a family
group "cover" for the smuggling opera-
tion; that she had taken the children on
the trip to Mexico and was present in the
car for this purpose. On these facts
Arellanes v. United States, 302 F.2d 603
(9th Cir.), cert. denied 371 U.S. 930,
83 S.Ct. 294, 9 L.Ed.2d 238 (1962), is
distinguishable; rather, Eason v. United
States, 281 F.2d 818 (9th Cir. 1960), ap-
plies.

■ We find no merit in the conten-
tion that testimony regarding state-
ments made by her codefendant (who
was separately tried) was improperly ad-
mitted under Bruton v. United States,

* Honorable William M. Byrne, United
States District Judge for the Central
District of California, sitting by designa-
tion.

391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968). The testimony was received without objection on examination by the Government after appellant had opened the door by questioning the Government witness respecting other statements by the codefendant to that witness.

Judgment affirmed.